■ DONALD HOFFMAN, Appellant, v WESTCHESTER COMMUNITY COLLEGE et al., Respondents. — Judgment of the Supreme Court, Westchester County (Burchell, J.), entered July 30, 1982, affirmed, with one bill of costs (see *Matter of Diaz v Pilgrim State Psychiatric Center*, 95 AD2d 809). Mollen, P. J., Mangano, Thompson and Boyers, JJ., concur.